FILE COPY



11TH COURT OF APPEALS

EASTLAND, TEXAS

J U D G M E N T

In re Robert Munoz,                             * Original Proceeding

No. 11-15-00044-CR                              * March 12, 2015

                                                * Panel consists of: Wright, C.J.,
                                                  Willson, J., and Bailey, J.


        This Court has considered Relator's pro se "Application for Writ of Habeas Corpus Pending Appeal  "to Release Pending Appeal'" and concludes that the petition should be denied.  Therefore, the  Relator's pro se "Application for Writ of Habeas Corpus Pending Appeal  "to Release Pending Appeal'" is denied.